**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN SEBASTIAN DIAZ-SANCHEZ,

Petitioner,

v.

J. JOHNSON, ET AL.,

Respondents.

Case No. 5:26-cv-02728-RGK-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The deadline to file objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered GRANTING the Petition. No later than October 13, 2026, Respondents shall either provide Petitioner Juan Sebastian Diaz-Sanchez (A# 246-289-587) ("Petitioner") with a bond hearing

pursuant to the injunction in Rodriguez v. Robbins, 715 F.3d 1127, 1131 (9th Cir. 2013), at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a danger to the community and/or a flight risk that cannot be mitigated by conditions of release including, but not limited to, electronic monitoring, or release Petitioner from custody if such bond hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the October 13, 2026 deadline and Respondents shall grant any reasonable request for delay). Respondents shall file a notice of compliance **within three days of the bond hearing occurring.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 10/8/2026

Gary Klausner

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE