**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JUAN SEBASTIAN DIAZ-SANCHEZ,
Petitioner,
v.
J. JOHNSON, ET AL.,
Respondents.

Case No. 5:26-cv-02728-RGK-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. No later than October 13, 2026, Respondents shall either provide Petitioner Juan Sebastian Diaz-Sanchez (A# 246-289-587) ("Petitioner") with a bond hearing pursuant to the injunction in Rodriguez v. Robbins, 715 F.3d 1127, 1131 (9th Cir. 2013), at which the Government bears the burden of proof by clear and convincing evidence to show that Petitioner is a danger to the community and/or a flight risk that cannot be mitigated by conditions of release including, but not limited to, electronic monitoring, or release Petitioner from custody if such bond hearing is not timely

provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the October 13, 2026 deadline and Respondents shall grant any reasonable request for delay). Respondents shall file a notice of compliance **within three days of the bond hearing occurring**.

DATED: 10/8/2026

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE